AO 245B (Rev. 09/08) Judgment in Criminal Case
Sheet 2 — Imprisonment



DEFENDANT: CHRISTOPHER GONZALEZ
CASE NUMBER: 08 CR 746-22

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:

sixty (60) months.

☑ The court makes the following recommendations to the Bureau of Prisons:

Participation in Residential Drug and Alcohol Treatment Program.

The court does not object to designation at FPC, Terre Haute, Indiana.

FILED
1-3-11
JAN 03 2011
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

☑ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

☐ at ________ ☐ a.m. ☐ p.m. on ________

☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

☐ before 2 p.m. on ________ .

☐ as notified by the United States Marshal.

☐ as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

Defendant delivered on 4/5/10 to FCI Fairton

a Fairton NJ , with a certified copy of this judgment.

Paul M. Schultz, Warden
~~UNITED STATES MARSHAL~~

By [signature]
~~DEPUTY UNITED STATES MARSHAL~~